**FILED**

03/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0620

IN THE SUPREME COURT OF THE STATE OF MONTANA
Cause No. DA 22-0620

---

CHARLES ROBERT MASOLO
AND GAY ANN MASOLO,

Plaintiffs/Appellees,

vs.

CHRISTOPHER "GREGG" THOMAS
AND MARGARET THOMAS,

Defendants/Appellants.

---

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

---

Pursuant to Appellees' Unopposed Motion for Extension of Time to file

their response brief and good cause shown,

IT IS HEREBY ORDERED that Appellees' Motion is GRANTED.

Appellees' response brief will be due on or before May 3, 2023.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 7 2023